JOSHUA A. SLIKER, ESQ
Nevada Bar No. 12493
KATLYN M. BRADY
Nevada Bar No. 14173
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: katlyn.brady@jacksonlewis.com

*Attorneys for Defendant*
*Bed, Bath, &Beyond Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FLORENCIA LOPEZ<br><br>Plaintiff,<br><br>vs.<br><br>BED BATH & BEYOND INC., a foreign corporation; DOE INDIVIDUALS I through X; and ROE BUSIENSS ENTITES I through X,<br><br>Defendants. | Case No.: 2:22-cv-00915-RFB-VCF<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**FIRST REQUEST** |

IT IS HEREBY STIPULATED by and between Plaintiff Florencia Lopez ("Plaintiff"), by and through her counsel Kemp & Kemp, and Defendant Bed, Bath, & Beyond ("Defendant"), by and through its counsel Jackson Lewis P.C., that Defendant shall have an extension up to and including June 17, 2022, in which to file an answer to Plaintiff's Complaint. This Stipulation is submitted and based upon the following:

1. Plaintiff filed her Complaint on March 11, 2022 in the Eighth Judicial District Court, Clark County, Nevada.

2. Defendant was served with the Summons and Complaint on May 19, 2022.

3. On June 7, 2022, Defendant removed this case to this Court.

4. Defendant's response to Plaintiff's Complaint is currently due on June 14, 2022.

5.   Defendant's representatives are currently reviewing Defendant's Answer to Plaintiff's Complaint and need a few additional days to complete their review, and for Defendant's counsel to then finalize before the same is filed.

6.   Accordingly, the parties agree Defendant shall have up to and including June 17, 2022, to file its response to Plaintiff's Complaint.

7.   This is the first request for an extension of time for Defendant to file an answer to Plaintiff's Complaint.

8.   This request is made in good faith and not for the purpose of delay.

Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this <u>13th</u> day of June, 2022.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ Victoria L. Neal* | */s/ Joshua A. Sliker* |
| JAMES P. KEMP, ESQ. | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 6375 | Nevada Bar No. 12493 |
| VICTORIA L. NEAL, ESQ. | KATLYN M. BRADY, ESQ. |
| Nevada Bar No. 13382 | Nevada Bar No. 14173 |
| 7435 W. Azure Drive, Suite 110 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, NV 89130 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Florencia Lopez* | *Bed, Bath, & Beyond, Inc.* |

**<u>ORDER</u>**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: 6-14-2022