# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Florencia Lopez,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Bed Bath & Beyond Inc.,<br><br>　　　　　Defendant(s). | 2:22-cv-00915-RFB-MDC<br><br>Order |

　　　The Court stayed this case over a year ago after the defendant filed a suggestion of bankruptcy. ECF Nos. 25 and 26.

　　　IT IS ORDERED that by June 7, 2024, the parties shall file a short status report that updates the Court about the status of the bankruptcy and this case.

　　　Dated this 16th day of May 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge