UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Florencia Lopez, | Case No. 2:22-cv-00915-RFB-MDC |
| Plaintiff, | |
| vs. | **ORDER** |
| Bed Bath & Beyond Inc, | |
| Defendants. | |

The Court stayed this case over two years ago after the defendant filed a suggestion of bankruptcy. *ECF Nos. 25 and 26*. The parties last updated the Court about the status of the bankruptcy over a year ago. *ECF No. 29*.

**IT IS ORDERED** that by **November 17, 2025**, the parties must file a short status report that updates the Court about the status of the bankruptcy and this case

Dated: October 16, 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

1